**No. 65235.**—Ross Products, Inc., et al. *v.* United States, protests 50/30764, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiffs was sustained.

**No. 65236.**—Joseph Markovits, Inc. *v.* United States, protest 60/8886 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

**No. 65237.**—Frank P. Dow Co., Inc., and Unique Slide Rule Corp. et al. *v.* United States, protests 59/31807, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of acrylic plastic drawing instruments similar in all material respects to those the subject of Abstract 64292, the claim of the plaintiffs was sustained.